United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 96-2464

_____

| | |
|---|---|
| Michael Mark Lomax, | * |
| | * |
| Appellant, | * |
| | * |
| v. | *  Appeal from the United States |
| | *  District Court for the |
| Susan Van Amerongen, sued as | *  Northern District of Iowa. |
| Nurse Sue Van Amorrongen; David D. | * |
| DeMoss, sued as C-O David De Moss; | *  [UNPUBLISHED] |
| George R. Laningham, sued as C-O | * |
| George Lanagham, | * |
| | * |
| Appellees. | * |

_____

Submitted: April 29, 1997
Filed: May 9, 1997

_____

Before BOWMAN, WOLLMAN, and BEAM, Circuit Judges.

_____

PER CURIAM.

Michael Mark Lomax appeals from the District Court's[1] dismissal, following a hearing, of his 42 U.S.C. § 1983 (West 1994) action, which was based upon a prison nurse's alleged failure to provide Lomax with an ice pack for his knee while Lomax was

---

[1]The Honorable Mark W. Bennett, United States District Judge for the Northern District of Iowa, adopting the report and recommendations of the Honorable John A. Jarvey, United States Magistrate Judge for the Northern District of Iowa.

housed at the Iowa Men's Reformatory. Upon review of the record and the parties' submissions, we conclude that the dismissal of this suit was correct. The facts show, at most, a negligent delay in providing Lomax with an ice pack and not deliberate indifference to a serious medical need. Accordingly, we affirm the judgment of the District Court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.